

**U.S. Department of Justice**

Office of the United States Trustee

---

780 Regent Street Suite 304
Madison, WI   53715
(608) 264-5522
(608) 264-5182 (fax)

August 6, 2012

TO:         Clerk of Bankruptcy Court
            **(via Electronic Filing)**

FROM:       April Wentz
            Office of the U.S. Trustee

SUBJECT:    <u>Mary F. Crooks</u>
            Case No. 12-82930

    Due to the resignation of **Stephen Balsley** please reassign **Megan Heeg** as successor trustee.  Please reset the 341 meeting to **September 7, 2012 at 11:30 a.m.**

    If you have any questions please do not hesitate to contact me at (608) 264-5522, ext. 10.  Thank you.

cc:    Megan Heeg
       Stephen Balsley

**BSLBV — BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP**
ATTORNEYS AT LAW

Stephen G. Balsley
Richard K. Van Evera
James E. Stevens
Thomas A. Green
Robert C. Pottinger
Jason H. Rock
Douglas R. Henry
Laura A. Baluch
Adam S. Long

William H. Barrick
(1916-2003)

POST OFFICE BOX 17109 • ROCKFORD, ILLINOIS 61110-7109
6833 STALTER DRIVE • ROCKFORD, ILLINOIS 61108
815-962-6611 • FAX 815-962-0687 • E-MAIL INFO@BSLBV.COM

Jody L. Booher
Rebecca J. Laue
Tiffany E. Rodriguez
Roxanne M. Sosnowski
Susan M. Dillon
Aaron N. Szeto

RETIRED
Armour T. Beckstrand

**VIA EMAIL (:** USTPRegion11.MD.ECF@USDOJ.GOV)

August 3, 2012

Sheree G. Dandurand, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
780 Regent St., Suite 304
Madison, WI 53715

RE:   Mary F. Crooks
      Bankruptcy Case No. 12-82930

Dear Sheree:

Please be advised that I have been appointed the Chapter 7 Trustee with regard to the above-entitled matter. I have reviewed the petition and due to the fact that my firm represents a creditor in this bankruptcy, I will be unable to serve as the Trustee. Please reassign this case to another trustee. If you have any questions, please do not hesitate to contact me.

Very truly yours,

/s/ Stephen G. Balsley

Stephen G. Balsley

SGB/cmb