B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)   Case Number **12−82930**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on July 31, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mary F Crooks
fka Mary F Jensen
701 Salem Avenue
South Beloit, IL 61080

| | |
|---|---|
| Case Number:   12−82930<br>Office Code:    3 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−1370 |
| Attorney for Debtor(s) (name and address):<br>Dennis L Leahy<br>One Court Place, Suite 203<br>Rockford, IL 61101<br>Telephone number: 815 964−9600 | Bankruptcy Trustee (name and address):<br>Megan G Heeg<br>Ehrmann Gehlbach Badger Lee & Considine<br>Pob 447− 215 E First St, Ste 100<br>Dixon, IL 61021<br>Telephone number: 815−288−4949 |

## Meeting of Creditors:
Date: **September 7, 2012**                              Time: **11:30 AM**

Location: **308 West State Street, Room 40, Rockford, IL 61101**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: November 5, 2012**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday − Friday 8:30 AM −4:30 PM | Date: August 6, 2012 |

**EXPLANATIONS** B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                             Case No. 12-82930-MB
Mary F Crooks                                                      Chapter 7
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave              Page 1 of 2          Date Rcvd: Aug 06, 2012
                              Form ID: b9a                 Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2012.
db            Mary F Crooks,    701 Salem Avenue,    South Beloit, IL   61080
19258782     +Alpine Bank,    1700 N Alpine Rd,    Rockford, IL 61107-1459
19258785     +Beloit Health System,    1905 E Huebbe Pkwy,    Beloit, WI 53511-1842
19258787     +Check Into Cash,    128 S State St,    Belvidere, IL 61008-3615
19258789      Dish Network,    Dept 0063,    Mount Prospect, IL 60056
19258790     +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
19258792     +Geoff Gilley,    11087 Main Street,    Roscoe, IL 61073-8857
19258794     +Jamie Jensen,    866 Marvin Street,    South Beloit, IL 61080-2247
19258795     +Pskn&obrwtr,    404 Glenway Street,    Madison, WI 53711-1749
19258797     +State Collection Servi,    PO Box 6250,    Madison, WI 53716-0250
19258798     +United Crdt,    PO Box 740,    Elkhorn, WI 53121-0740

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: attyleahy@yahoo.com Aug 07 2012 00:51:00     Dennis L Leahy,
               One Court Place, Suite 203,   Rockford, IL   61101
tr           +E-mail/Text: KATHY@EGBBL.COM Aug 07 2012 00:54:07     Megan G Heeg,
               Ehrmann Gehlbach Badger Lee & Considine,   Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
19258781     +E-mail/Text: ars5183harlem@aol.com Aug 07 2012 00:56:37     Acct Rcv Svc,   5183 Harlem Rd Ste,
               Loves Park, IL 61111-3448
19258783     +E-mail/Text: ALLENL@ASSOCIATEDCOLLECTORS.COM Aug 07 2012 00:57:01     Assoc Coll,   Po Box 1039,
               Janesville, WI 53547-1039
19258784     +EDI: TSYS2.COM Aug 07 2012 00:23:00      Barclays Bank Delaware,    PO Box 8801,
               Wilmington, DE 19899-8801
19258786     +EDI: CAPITALONE.COM Aug 07 2012 00:23:00      Capital One, N.a.,    PO Box 30285,
               Salt Lake City, UT 84130-0285
19258788     +EDI: CHRYSLER.COM Aug 07 2012 00:23:00      Chrysler Financial/TD Auto Finance,    PO Box 551080,
               Jacksonville, FL 32255-1080
19258791     +EDI: RMSC.COM Aug 07 2012 00:23:00      Gemb/care Credit,    PO Box 103104,
               Roswell, GA 30076-9104
19258793     +E-mail/Text: bankruptcy@hraccounts.com Aug 07 2012 00:52:53     H & R Accounts Inc,
               P.O. Box 672,   Moline, IL 61266-0672
19258796      EDI: AGFINANCE.COM Aug 07 2012 00:23:00      Springleaf Financial S,    2020 Sutler Ave,
               Beloit, WI 53511
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2012          Signature:   *Joseph Speetjens*

```
District/off: 0752-3          User: kkrystave              Page 2 of 2              Date Rcvd: Aug 06, 2012
                              Form ID: b9a                 Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2012 at the address(es) listed below:

```
              Dennis L Leahy    on behalf of Debtor Mary Crooks attyleahy@yahoo.com
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
                                                                                             TOTAL: 4
```