## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | Honorable Manuel Barbosa |
| Mary F. Crooks, | ) | |
| | ) | |
| | ) | Case No. 12 B 82930 |
| Debtor, | ) | |

### REQUEST FOR SERVICE OF ALL
### NOTICES, PLEADINGS AND OTHER PAPERS

Pursuant to Federal Rule of Bankruptcy Procedure 2002, the undersigned, on behalf of TD Auto Finance LLC f/k/a Chrysler Financial Services Americas, L.L.C. ("TD Auto"), hereby requests that all notices given or required to be given in this case by the Court, the Debtor or any other party in interest and all papers sent in this case by the Debtor, the Court or any other party in interest, be given to and served upon the undersigned, the attorney for TD Auto, at the address set forth below.

    Respectfully submitted,
    RIEZMAN BERGER, P.C.

**/s/ Marilyn J. Washburn**
Marilyn J. Washburn, #06220477
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
Telephone: (314) 727-0101
Fax: (314) 727-1086
Attorneys for TD Auto

## **PROOF OF SERVICE**

      The undersigned states that I served the attached Request for Service of All Notices, Pleadings and Other Papers upon the parties named below was served via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following, on the 9th day of August, 2012.

| | |
|---|---|
| Dennis L. Leahy<br>One Court Place, Ste. 203<br>Rockford, IL 61101 | Attorney for Debtor |
| Stephen G. Balsley<br>6833 Stalter Drive<br>Rockford, IL 61108 | Chapter 7 Trustee |

                                                    **/s/ Marilyn J. Washburn**