# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | Honorable Manuel Barbosa |
| Mary F. Crooks, | ) | |
| | ) | Case No. 12 B 82930 |
| Debtor, | ) | |

## NOTICE OF MOTION TO MODIFY AUTOMATIC STAY

**TO:    DEBTOR, DEBTOR'S COUNSEL, CHAPTER 7 TRUSTEE:**

Please take notice that on August 22, 2012, at 9:30 a.m. or as soon thereafter as the same may be heard, the undersigned will present to the Honorable Manuel Barbosa (or any other judge who may be presiding in his or her place), in Room 3100, United States Courthouse, 327 South Church Street, Rockford, Illinois 61101, the attached motion to modify the automatic stay.

RIEZMAN BERGER, P.C.

**/s/ Marilyn J. Washburn**
Marilyn J. Washburn, 06220477
7700 Bonhomme, 7th Floor
St. Louis, MO  63105
(314) 727-0101
Attorneys for TD Auto

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: ) | In Proceedings Under Chapter 7 |
| ) | Honorable Manuel Barbosa |
| Mary F. Crooks, ) | |
| ) | Case No. 12 B 82930 |
| Debtor, ) | |

## MOTION TO MODIFY AUTOMATIC STAY

COMES NOW TD Auto Finance LLC f/k/a Chrysler Financial Services Americas, L.L.C. ("TD Auto"), by counsel, respectfully moves to modify the automatic stay as to the vehicle described below on the following grounds:

1. On the date of the filing of this bankruptcy proceeding, TD Auto was owed at least $8,059.98 secured by a 2007 Dodge Ram 1500, VIN: 1D7HU18297S239828.

2. Attached as Exhibits A and B are copies of documents which demonstrate the security interest and perfection of the same of TD Auto

3. The vehicle was worth approximately $13,050.00 on the date of filing.

4. After the costs of a sale and the allowance of Debtor's exemption, there would be no substantial equity in the vehicle for the estate. The vehicle is not needed for an effective reorganization by Debtor.

5. Debtor has surrendered or intends to surrender the vehicle to TD Auto.

6. There has been neither reaffirmation under §524(c) nor redemption under §722.

7. TD Auto requests that any order modifying the automatic stay be effective immediately as allowed under Federal Bankruptcy Rule 4001(a)(3).

8. The 341 meeting has not been held.

9. Local counsel in this matter is designated as follows:

> Amy A. Aronson
> P.O. Box 5907
> Vernon Hills, IL 60061

WHEREFORE, TD Auto Finance LLC f/k/a Chrysler Financial Services Americas, L.L.C. respectfully requests that the Court lift the automatic stay of 11 U.S.C. § 362 as to the vehicle, that any order modifying the automatic stay be effective immediately as allowed under Federal Bankruptcy Rule 4001(a)(3), and for such further relief as is proper.

Respectfully submitted,

RIEZMAN BERGER, P.C.

**/s/ Marilyn J. Washburn**
Marilyn J. Washburn, 06220477
7700 Bonhomme, 7th Floor
St. Louis, MO 63105
(314) 727-0101
(314) 727-1086 (fax)
rb_bank@riezmanberger.com
Attorneys for TD Auto

## PROOF OF SERVICE

      The undersigned states that I served the attached Notice of Motion to Modify Automatic Stay and attached Motion to Modify Automatic Stay upon the parties named below was served via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following, on the 9th day of August, 2012.

| | |
|---|---|
| Mary F. Crooks<br>701 Salem Avenue<br>South Beloit, IL 61080 | Debtor |
| Dennis L. Leahy<br>One Court Place, Ste. 203<br>Rockford, IL 61101 | Attorney for Debtor |
| Stephen G. Balsley<br>6833 Stalter Drive<br>Rockford, IL 61108 | Chapter 7 Trustee |
| Office of the United States Trustee<br>780 Regent St., Ste. 304<br>Madison, WI 53715 | |

                                                  **/s/ Marilyn J. Washburn**