## STATEMENT OF DEFAULT

Debtor: <u>Mary F. Crooks</u>     Case No. <u>12 B 82930</u>    Chapter 7

Moving Creditor: <u>TD Auto</u>     Date Case Filed: <u>07/31/2012</u>

Nature of Relief Sought: ■ Lift Stay    ☐ Annul Stay    ☐ Other(describe)_____

Chapter 7: ☐ No-Asset Report Filed on _____

         ☐ No-Asset Report not filed, Date of Creditors Meeting    <u>9/6/2012</u>

1. Collateral
   a.   ☐ Home
   b.   ■ Car Year, Make and Model <u>2007 Dodge Ram 1500</u>
   c.   ☐ Other (describe)_____

2. Balance Owed as of Petition Date <u>$8,059.98</u>
   Total of all other Liens against Collateral $0

   In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   _____

3. Estimated Value of Collateral (*must* be supplied in *all* cases) <u>$13, 050.00</u>

4. Default
   a.   ☐ Pre-Petition Default
        Number of months _____     Amount $_____

   b.   ☐ Post Petition Default
       i.   ☐ On direct payments to the moving creditor
          Number of months _____     Amount $_____

       ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____     Amount $_____

5. Other Allegations
   a.   ■ Lack of Adequate Protection §362(d)(1)
       i.    ☐ No insurance
       ii.   ☐ Taxes unpaid     Amount $_____
       iii. ■ Rapidly depreciating asset
       iv. ☐ Other _____

   b.   ■ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.   ☐ Other "Cause" § 362(d)(1)
       i.    ☐ Bad Faith (describe)_____
       ii.   ☐ Multiple filings
       iii. ☐ Other (describe)_____

   d.   Debtor's Statement of Intention regarding the Collateral
       i.    ☐ Reaffirm          ii.   ☐ Redeem
       iii. ■ Surrender          iv. ☐ No Statement of Intentions Filed

Date: August 9, 2012          **/s/ Marilyn J. Washburn**
                                    Attorney for TD Auto