B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–82930**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mary F Crooks
  fka Mary F Jensen
  701 Salem Avenue
  South Beloit, IL 61080

Social Security / Individual Taxpayer ID No.:
  xxx–xx–1370

Employer Tax ID / Other nos.:

### DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: November 6, 2012           Kenneth S. Gardner, Clerk
                                  United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                        Northern District of Illinois
```

In re:                                                              Case No. 12-82930-MB
Mary F Crooks                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: admin              Page 1 of 2              Date Rcvd: Nov 06, 2012
                              Form ID: b18             Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2012.
```
db            Mary F Crooks,    701 Salem Avenue,    South Beloit, IL  61080
19258782     +Alpine Bank,    1700 N Alpine Rd,    Rockford, IL 61107-1459
19258785     +Beloit Health System,    1905 E Huebbe Pkwy,    Beloit, WI 53511-1842
19258787     +Check Into Cash,    128 S State St,    Belvidere, IL 61008-3615
19258789      Dish Network,    Dept 0063,    Mount Prospect, IL 60056
19258790     +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
19258792     +Geoff Gilley,    11087 Main Street,    Roscoe, IL 61073-8857
19258794     +Jamie Jensen,    866 Marvin Street,    South Beloit, IL 61080-2247
19258795     +Pskn&obrwtr,    404 Glenway Street,    Madison, WI 53711-1749
19296779     +Riezman Berger, P.C.,    7700 Bonhomme, 7th Floor,    St. Louis, Missouri 63105-1960
19258797     +State Collection Servi,    PO Box 6250,    Madison, WI 53716-0250
19295337     +TD Auto Finance, L.L.C.,    c/o Riezman Berger, P.C.,    7700 Bonhomme, 7th Floor,
               St. Louis, MO 63105-1960
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19258781     +E-mail/Text: ars5183harlem@aol.com Nov 07 2012 02:44:34     Acct Rcv Svc,    5183 Harlem Rd Ste,
               Loves Park, IL 61111-3448
19258783     +E-mail/Text: allenl@associatedcollectors.com Nov 07 2012 02:56:28     Assoc Coll,    Po Box 1039,
               Janesville, WI 53547-1039
19258784     +EDI: TSYS2.COM Nov 07 2012 03:38:00      Barclays Bank Delaware,    PO Box 8801,
               Wilmington, DE 19899-8801
19258786     +EDI: CAPITALONE.COM Nov 07 2012 03:43:00      Capital One, N.a.,    PO Box 30285,
               Salt Lake City, UT 84130-0285
19258788     +EDI: CHRYSLER.COM Nov 07 2012 03:43:00      Chrysler Financial/TD Auto Finance,    PO Box 551080,
               Jacksonville, FL 32255-1080
19258791     +EDI: RMSC.COM Nov 07 2012 03:43:00      Gemb/care Credit,    PO Box 103104,
               Roswell, GA 30076-9104
19258793     +E-mail/Text: bankruptcy@hraccounts.com Nov 07 2012 01:50:22     H & R Accounts Inc,
               P.O. Box 672,    Moline, IL 61266-0672
19258796      EDI: AGFINANCE.COM Nov 07 2012 03:48:00      Springleaf Financial S,    2020 Sutler Ave,
               Beloit, WI 53511
19258798     +E-mail/PDF: ucsinc@unitedcreditservice.com Nov 07 2012 02:01:37     United Crdt,    PO Box 740,
               Elkhorn, WI 53121-0740
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2012**                              **Signature:**   *Joseph Speetjens*

Case 12-82930    Doc 23    Filed 11/06/12    Entered 11/09/12 00:46:05    Desc Imaged
                 Certificate of Notice    Page 4 of 4

```
District/off: 0752-3          User: admin              Page 2 of 2             Date Rcvd: Nov 06, 2012
                              Form ID: b18             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2012 at the address(es) listed below:
        Dennis L Leahy   on behalf of Debtor Mary Crooks attyleahy@yahoo.com
        Marilyn J Washburn   on behalf of Creditor   TD Auto Finance LLC  f/k/a Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
        Megan G Heeg   heeg@egblc.com, IL55@ecfcbis.com
        Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
                                                                                                                                                                             TOTAL: 4